# Exhibit E



ROBERT P. SIMPSON*
ELLEN SWARTZ SIMPSON+
S. PETER KONZEL+-
MICHAEL N. VRANJES**

DYLAN J. GARLOCK
ADELINA E. SIMPSON

\*  Also admitted in Connecticut, Florida and before the
    United States Patent and Trademark Office

+  Also admitted in Florida, Certified Public Accountant

+- Also admitted in the District of Columbia and before
   the United States Patent and Trademark Office

** Also admitted before the United States Patent and
   Trademark Office

# SIMPSON & SIMPSON PLLC

PATENTS, TRADEMARKS, COPYRIGHTS,
LICENSING & RELATED MATTERS

5555 MAIN STREET
BUFFALO, NEW YORK 14221
WWW.IDEALAWYERS.COM

TELEPHONE: (716) 626-1564
FACSIMILE: (716) 626-0366

WRITER'S E-MAIL: ESIMPSON@IDEALAWYERS.COM

OF COUNSEL

THOMAS J. COLSON**

TECHNICAL ADVISOR

KEVIN M. BRONSON

January 19, 2022

**Sent Via Priority Mail**
Mr. Justin Schuver, Owner
The Anchor Bar
304 E. Davis Blvd.
Tampa, FL 33606

RE:   **Trademark Infringement**
      **Mark:  ANCHOR BAR**
      **Services: Restaurant Services**
      **Our Ref. No.:  ABFI104US**

Dear Mr. Schuver:

Please know that our firm represents Anchor Bar Distributing Company, LLC of Buffalo, New York in relation to intellectual property matters.  We have recently discovered that you are using, the mark THE ANCHOR BAR in association with restaurant services at your company's two locations, 304 E. Davis Blvd., Tampa, FL 33606 and 514 N. Franklin St., Tampa, FL 33602.

Our client, Anchor Bar Distributing Company, LLC, is the owner of United States Service Mark Registration No. 2,662,608 for the mark ANCHOR BAR, which is used in association with restaurant services in International Class 42 (copy enclosed). This registration issued on December 17, 2002. The ANCHOR BAR trademark has been in use for decades and is well-known and famous and identified as the restaurant which created the original chicken wings now known throughout the world as "Buffalo Wings."  Our client has numerous locations throughout the United States, with further planned expansion, and recently entered into an agreement to open a new location in the greater Tampa area. In conjunction with its expansion into Tampa, our client has become aware of your restaurants using the trademark THE ANCHOR BAR.

Additionally, our client is the owner of the following family of federally registered or applied for marks all containing the wording ANCHOR BAR:

Mr. Justin Schuver, Owner
The Anchor Bar
Our Ref. No.: ABFI104US
January 19, 2022
Page 2 of 4

-  is the subject of U.S. Trademark Registration No. 1,549,347 and is used in association with "fresh, frozen, and refrigerated chicken wings for consumption on or off the premises," in International Class 29. This mark was registered on July 25, 1989, and has been in use in commerce since at least as early as June 7, 1988.

- ANCHOR BAR is the subject of U.S. Service Mark Registration No. 2,666,055 and is used in association with "mail order retail services featuring chicken wings and chicken wing sauces," in International Class 35. This mark was registered on December 24, 2002 and has been in use in commerce since at least as early as 1985.

-  is the subject of U.S. Trademark Registration No. 2,172,483 and is used in association with "hot sauce," in International Class 30. This mark was registered on July 14, 1998, and has been in use in commerce since at least as early as June 3, 1996.

- ANCHOR BAR is the subject of U.S. Trademark Registration No. 2,612,603 and is used in association with "Novelty items, namely t-shirts and hats," in International Class 25. This mark was registered on August 27, 2002, and has been in use in commerce since at least as early as 1985.

- is the subject of U.S. Trademark Registration No. 4,428,337 and is used in association with "Restaurant services," in International Class 43. This mark was registered on November 5, 2013, and has been in use in commerce since at least as early as November 30, 2006.

Mr. Justin Schuver, Owner
The Anchor Bar
Our Ref. No.: ABFI104US
January 19, 2022
Page 3 of 4

-  is the subject of U.S. Trademark Registration No. 4,442,199 and is used in association with "Fresh, frozen and refrigerated chicken wings for consumption on or off the premises," in International Class 29 and "Restaurant services," in International Class 43. This mark was registered on December 3, 2013, and has been in use in commerce since at least as early as March 1, 2004 in class 29 and January 1, 2004 in class 43.

- ANCHOR BAR is the subject of pending U.S. Trademark Application Serial No. 90/587,992, filed on March 18, 2021, and used in association with "Fresh, frozen and refrigerated chicken wings for consumption on or off the premises," in International Class 29, and "Chicken wing sauces," in International Class 30. This mark was published for opposition on November 30, 2021 and has been in use in commerce since at least as early as June 7, 1988 in class 29 and June 3, 1996 in class 30.

-  is the subject of pending U.S. Trademark Application Serial No. 90/588,067, filed on March 18, 2021, and used in association with "Chicken wing sauces," in International Class 30. This mark was published for opposition on November 30, 2021 and has been in use in commerce since at least as early as June 3, 1996.

As stated above, we recently discovered the existence of your restaurants using the mark THE ANCHOR BAR, and have reviewed your company's website, available at https://www.anchorbartampa.com/. The mark THE ANCHOR BAR is virtually identical to our client's ANCHOR BAR mark, with both marks used in association with restaurant services. Further the mark THE ANCHOR BAR is confusingly similar to the ANCHOR BAR wording used in many of our client's other federally registered and common law trademarks and service marks, all used in association with restaurant services and/or related food products. Similarly, your company's domain name is virtually identical to our client's domain name with the only difference being your company's addition of the word "TAMPA" to our client's domain name. Accordingly, we believe that your use of the mark THE ANCHOR BAR mark in association with restaurant services is in conflict with our client's superior trademark rights, as there is a strong potential of likelihood of confusion among ordinarily prudent consumers.

Mr. Justin Schuver, Owner
The Anchor Bar
Our Ref. No.: ABFI104US
January 19, 2022
Page 4 of 4

Please be advised that your company's actions within the United States constitute wrongful use and misappropriation of our client's trademark in violation of United States federal law and statutory rights including, without limitation: trademark infringement under Section 43(a) of the Lanham Act; false designation of origin under Section 43(a) of the Lanham Act; and, false advertising and unfair competition under federal and state law.

In view of the above, we hereby demand that you: (1) immediately cease and desist from using the mark and trade name THE ANCHOR BAR; (2) remove and/or destroy any and all advertisements and marketing materials, including on-site advertising, menus, electronic ads, television ads, and website advertising the mark and trade name THE ANCHOR BAR; and, (3) confirm to us in writing that you have done the foregoing. If you fail to comply with our demands within **twenty-one (21) days** of receipt of this letter, our client is prepared to pursue any and all available legal and equitable remedies against you, including seeking preliminary and permanent injunctive relief, monetary damages, punitive damages, and attorneys' fees in connection with this matter.

Nothing in this letter is intended or shall be construed to constitute an express or implied waiver of any rights or remedies which our client may possess in connection with this matter, all of which are hereby expressly reserved.

This letter is to put you on clear notice of our client's expectations to enable you to take steps that will avoid litigation over our client's intellectual property rights.

Very truly yours,

Ellen S. Simpson

ESS/djg
Enclosure

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,662,608

Registered Dec. 17, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## ANCHOR BAR

JEFFERSON & NORTH WING COMPANY, INC.
(NEW YORK CORPORATION)
1047 MAIN STREET
BUFFALO, NY 14209

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1935; IN COMMERCE 0-0-1985.

OWNER OF U.S. REG. NOS. 1,549,347 AND 2,172,483.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BAR", APART FROM THE MARK AS SHOWN.

SER. NO. 76-333,107, FILED 11-2-2001.

NICHOLAS FERRANTE, EXAMINING ATTORNEY



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 6 FLAT-RATE ENVELOPE
ComBasPrice

062S0009150634
FROM 14221

stamps
endicia
01/19/2022

# PRIORITY MAIL 2-DAY™

0006

Simpson & Simpson, PLLC
5555 Main Street
Williamsville NY 14221

SHIP
TO:

Mr. Justin Schuver, Owner
The Anchor Bar
304 E. Davis Boulevard
Tampa FL 33606-3705

C046

USPS TRACKING #

9405 5118 9956 1135 0835 31

ABFI104US